IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:25-cr-00129-CWR-ASH-1

JOSEPH LEE MCCALEB

**ORDER TO TEMPORARILY COMMIT DEFENDANT FOR COMPETENCY RESTORATION**

Before the Court, pursuant to 18 U.S.C. § 4241(d), the parties jointly move to commit defendant Joseph Lee McCaleb for restoration of competency to stand trial. The Court conducted a hearing on the matter where a U.S. Bureau of Prisons ("BOP") psychologist testified in the presence of the defendant. At the hearing, both parties agreed that additional treatment was necessary.

By earlier order, the Court directed the BOP to evaluate Joseph Lee McCaleb for competency [3]. As reflected in the Forensic Report dated December 12, 2025, received by the Court and reviewed by both parties, a BOP psychologist has concluded that Mr. McCaleb is not competent to proceed with the court proceedings against him. Based on the report, the BOP psychologist's testimony, and his expert opinion, the Court finds that Mr. McCaleb presently is suffering from a mental disease or defect rendering him mentally incompetent to the point that he cannot assist properly in his defense.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C § 4241(d), that Joseph Lee McCaleb is committed to the custody of the Attorney General, who shall hospitalize him for treatment in a suitable facility for a reasonable time, not to exceed 120 days from when Mr. McCaleb arrives at the BOP facility, to determine whether there is a substantial probability that he will, in the foreseeable future, become competent to stand trial.

Within 120 days from Mr. McCaleb's arrival at the BOP facility, the Attorney General shall provide the Court a report as to Joseph Lee McCaleb's mental condition, whether competency has been restored, or whether it is necessary to hospitalize the defendant for additional reasonable time, if there is a substantial probability that an additional time will restore the defendant to competency to stand trial.

IT IS FURTHER ORDERED that once competency is established, a psychiatric or psychological evaluation, pursuant to 18 U.S.C. § 4242, is to be conducted to determine the existence of insanity of the defendant at the time the offense was committed. Following such a psychiatric or psychological evaluation, a report is to be prepared, filed with the Court, with copies provided to the defense and the Government, such report is to include whether the defendant was insane at the time of the offense charged; and if the defendant is convicted of this charge, any recommendation that an examiner may have as to how the mental condition of the defendant should affect a sentence to be imposed, if any.

SO ORDERED AND ADJUDGED this the 28th day of January, 2026.

*s/ Carlton W. Reeves*
UNITED STATES DISTRICT JUDGE