**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 3:25-CR-00129 CWR-ASH**

**JOSEPH LEE McCALEB**

**NOTICE OF APPEARANCE OF COUNSEL**

The United States submits this Notice of Appearance of Counsel. The above-styled criminal action has been re-assigned within the office of the United States Attorney to **David H. Fulcher, Assistant United States Attorney, 501 East Court Street, Suite 4.430, Jackson, MS 39201, telephone number 601-973-2824**. AUSA David H. Fulcher, should be listed as lead counsel for the United States and all ECF transmissions should be directed to AUSA Dave Fulcher.

Date: September 10, 2026

Respectfully submitted,

J. E. BAXTER KRUGER
United States Attorney

By: *<u>/s/ Dave Fulcher</u>*
David H. Fulcher, MSB No. 10179
Assistant United States Attorney
501 E. Court Street – Suite 4.430
Jackson, MS 39201
P: 601-973-2824
E-Mail: dave.fulcher@usdoj.gov

**CERTIFICATE OF SERVICE**

I, DAVID H. FULCHER, Assistant U.S. Attorney, hereby certify that I have this date electronically filed the foregoing motion with the Clerk of the Court using the ECF system which sent notification to all counsel of record.

Dated: September 10, 2026

*/s/ Dave Fulcher*
David H. Fulcher
*Assistant United States Attorney*