IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:25-cr-129-CWR-ASH

JOSEPH LEE MCCALEB

# MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW Beth Windsor Usry, Special Assistant United States Attorney, and moves the Court for an order allowing her to withdraw as attorney of record for the United States of America, based on the following:

Beginning Monday, November 30, 2026, she will transfer to the Executive Office for Immigration Review as an Immigration Judge and is thereafter prohibited from being an attorney of record in this matter.

The United States will continue to be represented by counsel in this matter.

WHEREFORE PREMISES CONSIDERED, the undersigned counsel respectfully requests that she be allowed to withdraw as attorney of record for the United States.

This the 20th day of November 2026.

Respectfully submitted,

J.E. BAXTER KRUGER
United States Attorney

By: ***s/Beth Windsor Usry***
Beth Windsor Usry
Special Assistant U.S. Attorney
501 East Court Street, Suite 4.430
Jackson, MS 39201
Ph: (601) 965-4480
Mississippi Bar No. 99267

## CERTIFICATE OF SERVICE

I, Beth Windsor Usry, hereby certify that on November 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties of record.

This the 20th day of November 2026.

***s/Beth Windsor Usry***
Beth Windsor Usry
Special Assistant U.S. Attorney